UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:     *

**CHERRY, SHARISA LASHEL,**     *     Case No. 13-1-0670-RAG

      Debtor.     *     Chapter 7

* * * * * * * * * * * * * *

## NOTICE OF DEPOSIT INTO COURT REGISTRY

COMES NOW, Richard M. Kremen, Trustee for the bankruptcy estate of Sharisa Lashel Cherry (the "Trustee"), pursuant to Section 374(a) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3001, submits the sum of $5,079.31 to the Court registry representing the following unclaimed funds;

| **Claim No.** | **Payee** | **Last Known Address** | **Amount** |
|---|---|---|---|
|  | Law Offices of Marc G. Snyder | 229 North Howard Street, Suite 201 Baltimore, MD 21201 | 5,000.00 |
|  | Law Offices of Marc G. Snyder | 229 North Howard Street, Suite 201 Baltimore, MD 21201 | 79.31 |

Respectfully submitted,

DATE: January 11, 2016

/s/ Richard M. Kremen
Richard M. Kremen, Trustee
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:    (410) 580.3000
Facsimile:    (410) 580.3001
Email:    trustee.kremen@dlapiper.com